UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.  05-30061-MAP

| | | |
|---|---|---|
| MARK A. RICHARDS, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | ANSWER OF DEFENDANT |
| | ) | VALLEY HEALTH SYSTEMS, |
| RIVER VALLEY COUNSELING, | ) | INC. TO PLAINTIFF'S |
| CENTER, INC., VALLEY HEALTH | ) | COMPLAINT |
| SYSTEMS, INC., DAVID G. MATTOCKS | ) | (JURY TRIAL DEMANDED) |
| AND DONNA VIENS, | ) | |
|     Defendants | ) | |

The defendant, Valley Health Systems, Inc. ("the defendant"), responds to the

allegations contained in plaintiff's complaint, as follows:

FIRST DEFENSE

1.     The defendant is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in paragraph 1 of the Complaint.

2.     The defendant admits that River Valley Counseling Center, Inc. is a

corporation organized under the laws of the Commonwealth of Massachusetts with a

principal place of business at 319 Beech Street, Holyoke, Hampden County,

Massachusetts, but is without knowledge or information sufficient to form a belief as to

the truth of the remaining allegations in paragraph 2 of the Complaint.

3.     The defendant admits that it is a nonprofit corporation organized under the

laws of the Commonwealth of Massachusetts with a principal place of business at 20

Hospital Drive, Holyoke, Hampden County, Massachusetts, but denies the remaining

allegations contained in paragraph 3 of the Complaint.

4.    The defendant is without knowledge or information sufficient to form a belief as to the truth as to where David G. Mattocks resides, and denies each and every remaining allegation contained in paragraph 4 of the Complaint.

5.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint.

6.    The defendant admits that plaintiff's civil cover sheet states that this is a claim under the Family Medical Leave Act (FMLA), 29 U.S.C. §2601, et seq., but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 6 of the Complaint.

7.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint.

8.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint.

9.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint.

10.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint.

11.    The defendant denies each and every allegation contained in paragraph 11 of the Complaint.

<u>SECOND DEFENSE</u>

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## THIRD DEFENSE

All of the alleged actions and inactions of the defendant with respect to the matters referred to in the Complaint were in good faith.

## FOURTH DEFENSE

All of the alleged actions or inactions of the defendant with respect to the matters referred to in the Complaint were justified.

## FIFTH DEFENSE

All of the alleged actions or inactions of the defendant with respect to the matters referred to in the Complaint were privileged.

## SIXTH DEFENSE

Plaintiff has failed to take reasonable steps to mitigate his damages, if any.

## SEVENTH DEFENSE

The defendant's actions or inactions were taken for legitimate and nondiscriminatory business reasons.

## EIGHTH DEFENSE

The defendant is not a proper party to this action.

<u>JURY TRIAL DEMANDED</u>

THE DEFENDANT, VALLEY HEALTH SYSTEMS, INC., DEMANDS A

TRIAL BY JURY AS TO ALL ISSUES SO TRIABLE.


The Defendant
VALLEY HEALTH SYSTEMS, INC.

/s/ Mary J. Kennedy

Dated:  April 28, 2005
_____
Francis D. Dibble, Jr.
BBO No. 123220
Mary J. Kennedy
BBO No. 552345
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel:  (413) 781-2820
Fax:  (413) 272-6803