UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30061-MAP

| | |
|---|---|
| MARK A. RICHARDS,<br>    Plaintiff<br><br>vs.<br><br>RIVER VALLEY COUNSELING,<br>CENTER, INC., VALLEY HEALTH<br>SYSTEMS, INC., DAVID G. MATTOCKS<br>AND DONNA VIENS,<br>    Defendants | ANSWER OF DEFENDANT<br>DONNA VIENS<br>TO PLAINTIFF'S COMPLAINT<br>(JURY TRIAL DEMANDED) |

The defendant, Donna Viens ("the defendant"), responds to the allegations contained in plaintiff's complaint, as follows:

FIRST DEFENSE

1.  The defendant admits that Mr. Richards was employed by River Valley Counseling Center, Inc. ("River Valley"), but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 1 of the Complaint.

2.  The defendant admits that River Valley employed 50 or more employees for each working day during each of 20 or more calendar work weeks in the current calendar year, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 2 of the Complaint.

3.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint.

4.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint.

5.  The defendant admits that Donna Viens is a person who resides in Hampden County, Massachusetts and that she is the Director of Human Resources of River Valley, but denies the remaining allegations contained in paragraph 5 of the Complaint.

6.  The defendant admits that the plaintiff's civil cover sheet states that this is a claim under the Family Medical Leave Act (FMLA), 29 U.S.C. §2601, et seq., but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 6 of the Complaint.

7.  The defendant admits that the plaintiff was the Director of the Psychiatric Day Treatment Program, but denies each and every remaining allegation contained in paragraph 7 of the Complaint.

8.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint.

9.  The defendant admits that plaintiff requested using family leave in order to attend to the medical needs of his daughter and admits that she approved the intermittent leave during the period of September 8, 2004 to September 7, 2005, denies that the leave was requested on September 3, 2004, and denies that Mr. Mattocks approved said leave, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 9 of the Complaint.

10. The defendant admits the allegations contained in paragraph 10 of the Complaint.

11. The defendant denies each and every allegation contained in paragraph 11 of the Complaint.

## SECOND DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## THIRD DEFENSE

All of the alleged actions and inactions of the defendant with respect to the matters referred to in the Complaint were in good faith.

## FOURTH DEFENSE

All of the alleged actions or inactions of the defendant with respect to the matters referred to in the Complaint were justified.

## FIFTH DEFENSE

All of the alleged actions or inactions of the defendant with respect to the matters referred to in the Complaint were privileged.

## SIXTH DEFENSE

Plaintiff has failed to take reasonable steps to mitigate his damages, if any.

## SEVENTH DEFENSE

The defendant's actions or inactions were taken for legitimate and nondiscriminatory business reasons.

<u>JURY TRIAL DEMANDED</u>

THE DEFENDANT, DONNA VIENS, DEMANDS A TRIAL BY JURY AS TO ALL ISSUES SO TRIABLE.

|  |  |
|---|---|
|  | The Defendant<br>DONNA VIENS |
| Dated:  April 28, 2005 | /s/ Mary J. Kennedy<br>_____<br>Francis D. Dibble, Jr.<br>BBO No. 123220<br>Mary J. Kennedy<br>BBO No. 552345<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, MA 01115<br>Tel:  (413) 781-2820<br>Fax:  (413) 272-6803 |