UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30061-MAP

| | |
|---|---|
| MARK A. RICHARDS,          )<br>    Plaintiff                       )<br>                                      )<br>vs.                                  )<br>                                      )<br>RIVER VALLEY COUNSELING,   )<br>CENTER, INC., VALLEY HEALTH     )<br>SYSTEMS, INC., DAVID G. MATTOCKS )<br>AND DONNA VIENS,                  )<br>Defendants                           )| CORPORATE DISCLOSURE<br>STATEMENT |

      Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3(A) of the United States District Court For The District of Massachusetts, defendants, River Valley Counseling Center, Inc. ("River Valley") and Valley Health Systems, Inc. ("Valley Health"), hereby disclose the following: River Valley and Valley Health are Massachusetts corporations. Valley Health is the sole member of River Valley.

                                                        The Defendants
                                                        RIVER VALLEY COUNSELING CENTER, INC.
                                                        VALLEY HEALTH SYSTEMS, INC.
                                                        By Their Attorneys:

                                                        /s/ Mary J. Kennedy

Dated: April 28, 2005                    _____
                                                        Francis D. Dibble, Jr.
                                                          BBO No. 123220
                                                        Mary J. Kennedy
                                                          BBO No. 552345
                                                       Bulkley, Richardson and Gelinas, LLP
                                                       1500 Main Street, Suite 2700
                                                       Springfield, MA 01115
                                                       Tel: (413) 272-6242
                                                       Fax: (413) 272-6803