UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.  05-30061-MAP

| | |
|---|---|
| MARK A. RICHARDS,<br>    Plaintiff<br><br>vs.<br><br>RIVER VALLEY COUNSELING,<br>CENTER, INC., VALLEY HEALTH<br>SYSTEMS, INC., DAVID G. MATTOCKS<br>AND DONNA VIENS,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   NOTICE OF APPEARANCE |

Please enter my appearance on behalf of the defendants, River Valley Counseling Center, Inc., Valley Health Systems, Inc., David G. Mattocks and Donna Viens.

/s/ Mary J. Kennedy

Dated:  April 28, 2005

Mary J. Kennedy
  BBO No. 552345
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel:  (413) 272-6242
Fax:  (413) 272-6803