UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30061-MAP

| | |
|---|---|
| MARK A. RICHARDS,      )<br>      Plaintiff      )<br>                     )<br>vs.      )<br>                     )<br>RIVER VALLEY COUNSELING,      )<br>CENTER, INC., VALLEY HEALTH      )<br>SYSTEMS, INC., DAVID G. MATTOCKS      )<br>AND DONNA VIENS,      )<br>      Defendants      ) | NOTICE OF APPEARANCE |

      Please enter my appearance on behalf of the defendants, River Valley Counseling Center, Inc., Valley Health Systems, Inc., David G. Mattocks and Donna Viens.


Dated: April 29, 2005          /s/ Francis D. Dibble, Jr.
                                        Francis D. Dibble, Jr.
                                        BBO No. 123220
                                        Mary J. Kennedy
                                        BBO No. 552345
                                        Bulkley, Richardson and Gelinas, LLP
                                        1500 Main Street, Suite 2700
                                        Springfield, MA 01115
                                        Tel: (413) 781-2820
                                        Fax: (413) 272-6803

296476