UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARK A. RICHARDS, | ) | Civil Action No. 05-30061-MAP |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | JOINT STATEMENT FOR |
| | ) | INITIAL SCHEDULING |
| RIVER VALLEY COUNSELING | ) | CONFERENCE |
| CENTER, INC., VALLEY HEALTH | ) | |
| SYSTEMS, INC., DAVID G. MATTOCKS | ) | |
| AND DONNA VIENS, | ) | |
|     Defendants | ) | |

Pursuant to the Notice of Scheduling Conference dated June 7, 2005, and in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, counsel for the plaintiff, Mark A. Richards and the counsel for defendants, River Valley Counseling Center, Inc., Valley Health Systems, Inc., David G. Mattocks, and Donna Viens, have conferred and submit the following:

A.  PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE

    1) Establishment of a pretrial schedule, including discovery, motions and case management conference;

    2) Settlement prospect; and

    3) Suitability of case for ADR.

B.  PROPOSED PRE-TRIAL SCHEDULE

| | Event | Deadline |
|---|---|---|
| 1) | Serve automatic discovery disclosure pursuant to L.R. 26.2(A) | August 31, 2005 |
| 2) | File motions to amend pleadings and to join additional parties | August 31, 2005 |
| 3) | Serve written discovery | September 30, 2005 |
| 4) | Complete non-expert discovery, including depositions | December 30, 2005 |

| | | |
|---|---|---|
| 5) | Plaintiff to identify trial experts and to disclose information regarding such experts pursuant to Fed. R. Civ. P. 26(a)(2) | January 31, 2006 |
| 6) | Defendants to identify trial experts and to disclose information regarding such experts pursuant to Fed. R. Civ. P. 26(a)(2) | February 28, 2006 |
| 7) | Complete deposition of trial experts | March 31, 2006 |
| 8) | File summary judgment motions | April 28, 2006 |
| 9) | File oppositions to motions for summary judgment | May 31, 2006 |
| 10) | File Reply Memorandum | June 16, 2006 |
| 11) | Case Management Conference | Court to establish |
| 12) | Final Pretrial Conference | Court to establish |

C.   CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION

The parties will file their certifications, pursuant to Local Rule 16.1(D)(3), at or before the initial scheduling conference.

Date:  July 14, 2005

Respectfully Submitted:

| The Plaintiff | The Defendants |
|---|---|
| MARK A. RICHARDS | RIVER VALLEY COUNSELING |
| By His Attorney: | CENTER, INC., VALLEY HEALTH SYSTEMS, INC., DAVID G. MATTOCKS AND DONNA VIENS |
| | By Their Attorney: |
| /s/ John C. Sikorski | /s/ Mary J. Kennedy |
| John C. Sikorski | Francis D. Dibble, Jr. |
|   BBO No. 461970 |   BBO No. 123220 |
| Robinson Donovan, P.C. | Mary J. Kennedy |
| 1500 Main Street, Suite 1600 |   BBO No. 552345 |
| Springfield, MA  01115 | Bulkley, Richardson and Gelinas, LLP |
| Tel:  (413) 732-2301 | 1500 Main Street, Suite 2700 |
| Fax:  (413) 785-4658 | Springfield, MA 01115 |
| | Tel:  (413) 272-6242 |
| | Fax:  (413) 272-6803 |