UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30061-MAP

| | |
|---|---|
| MARK A. RICHARDS, ) Plaintiff ) ) vs. ) ) RIVER VALLEY COUNSELING, ) CENTER, INC., VALLEY HEALTH ) SYSTEMS, INC., DAVID G. MATTOCKS ) AND DONNA VIENS, ) Defendants ) | NOTICE OF APPEARANCE |

Please enter my appearance on behalf of the defendants, River Valley Counseling Center, Inc., Valley Health Systems, Inc., David G. Mattocks and Donna Viens.

/s/ Katherine A. Robertson

Dated: July 19, 2005

Katherine A. Robertson
 BBO No. 557609
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: (413) 272-6215
Fax: (413) 272-6804