UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30061-MAP

| | | |
|---|---|---|
| MARK A. RICHARDS,<br>    Plaintiff<br><br>vs.<br><br>RIVER VALLEY COUNSELING<br>CENTER, INC., VALLEY HEALTH<br>SYSTEMS, INC., DAVID G. MATTOCKS<br>AND DONNA VIENS,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | LOCAL RULE 16.1(D)(3)<br>CERTIFICATION<br>(VALLEY HEALTH SYSTEMS,<br>INC.) |

Mary J. Kennedy, counsel for defendant, Valley Health Systems, Inc. ("VHS"), affirms that a representative of VHS and I have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 14, 2005

The Defendant
VALLEY HEALTH SYSTEMS, INC.

By: /s/ Antonio Correia
    _____
    Antonio Correia
    Its Vice President Finance

/s/ Mary J. Kennedy
_____
Francis D. Dibble, Jr.
  BBO No. 123220
Mary J. Kennedy
  BBO No. 552345
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel: (413) 272-6242
Fax: (413) 272-6803
Counsel for the Defendant
Valley Health Systems, Inc.