UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30061-MAP

| | | |
|---|---|---|
| MARK A. RICHARDS, | ) | |
| Plaintiff | ) | |
| | ) | LOCAL RULE 16.1(D)(3) |
| vs. | ) | CERTIFICATION |
| | ) | (DONNA VIENS) |
| RIVER VALLEY COUNSELING | ) | |
| CENTER, INC., VALLEY HEALTH | ) | |
| SYSTEMS, INC., DAVID G. MATTOCKS | ) | |
| AND DONNA VIENS, | ) | |
| Defendants | ) | |

Mary J. Kennedy, counsel for defendant, Donna Viens ("Ms. Viens"), affirms that Ms. Viens and I have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 15, 2005

/s/ Donna Viens
_____
DONNA VIENS
The Defendant

/s/ Mary J. Kennedy
_____
Francis D. Dibble, Jr.
 BBO No. 123220
Mary J. Kennedy
 BBO No. 552345
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel: (413) 272-6242
Fax: (413) 272-6803
Counsel for the Defendant
Donna Viens