UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30061-MAP

| | |
|---|---|
| MARK A. RICHARDS,       )  | |
|     Plaintiff       ) | |
|             ) | |
| vs.       ) | |
|             ) | |
| RIVER VALLEY COUNSELING CENTER, INC., ) | |
| VALLEY HEALTH SYSTEMS, INC.,       ) | |
| DAVID G. MATTOCKS AND DONNA VIENS,  ) | |
|     Defendants       ) | |

## LOCAL RULE 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

THE PLAINTIFF
MARK A. RICHARDS

/s/ Mark A. Richards
Mark A. Richards
19 Lyman Road
Chester, MA 01011

/s/ John C. Sikorski
John C. Sikorski, Esq., BBO No.: 461970
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658

Dated:  July 20, 2005

405177