UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK A. RICHARDS,<br>         Plaintiff<br><br>v.<br><br><br>RIVER VALLEY COUNSELING<br>CENTER, INC., VALLEY HEALTH<br>SYSTEMS, INC., DAVID G.<br>MATTOCKS and DONNA VIENS,<br>         Defendants | Civil Action No. 05-30061-MAP |

SCHEDULING ORDER
July 20, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by August 31, 2005.

2. Motions to amend the pleadings and/or to add additional parties shall be filed by August 31, 2005.

3. All written discovery shall be served by September 30, 2005.

4. Non-expert depositions shall be completed by December 30, 2005.

5. Counsel shall appear for a case management conference on January 6, 2006, at 10:00 a.m. in Courtroom Three.

6. Plaintiff shall designate and disclose information regarding his trial

       experts as required by FED. R. CIV. P. 26(a)(2) by January 31, 2006.

7.     Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by February 28, 2006.

8.     All expert depositions shall be completed by March 31, 2006.

IT IS SO ORDERED.

DATED: July 20, 2005

                                    /s/ Kenneth P. Neiman  
                                  KENNETH P. NEIMAN  
                                  U.S. Magistrate Judge