UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30061-MAP

| | |
|---|---|
| MARK A. RICHARDS,  )<br>    Plaintiff  )<br>  )<br>vs.  )<br>  )<br>RIVER VALLEY COUNSELING  )<br>CENTER, INC., VALLEY HEALTH  )<br>SYSTEMS, INC., DAVID G. MATTOCKS )<br>AND DONNA VIENS,  )<br>    Defendants  ) | LOCAL RULE 16.1(D)(3)<br>CERTIFICATION<br>(DAVID G. MATTOCKS) |

Mary J. Kennedy, counsel for defendant, David G. Mattocks ("Mr. Mattocks"), affirms that Mr. Mattocks and I have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 22, 2005

_____
DAVID G. MATTOCKS
The Defendant

_____
Francis D. Dibble, Jr.
 BBO No. 123220
Mary J. Kennedy
 BBO No. 552345
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel: (413) 272-6242
Fax: (413) 272-6803
Counsel for the Defendant
David G. Mattocks