UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30061-MAP

| | |
|---|---|
| MARK A. RICHARDS, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| RIVER VALLEY COUNSELING CENTER, INC., | ) |
| VALLEY HEALTH SYSTEMS, INC., | ) |
| DAVID G. MATTOCKS AND DONNA VIENS, | ) |
|     Defendants | ) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF**
**HIS MOTION TO AMEND COMPLAINT**

The plaintiff brought a one count complaint pursuant to the Family Medical Leave Act alleging a discharge in violation of that statute. The plaintiff filed suit in this Court on or about March 3, 2005. At about the same time, the plaintiff filed related charge of disability discrimination as well as a charge of age discrimination with the Massachusetts Commission Against Discrimination and the EEOC. After allowing an appropriate time for the MCAD and the EEOC to conciliate this matter, the plaintiff sought, and received, appropriate permission to withdraw the cases from those agencies and now seeks to consolidate those claims with the FMLA claim currently pending in this Court.

Rule 15(a) of the Federal Rules of Civil Procedure sets forth the standard to be applied in determination when a Court should grant leave to amend a pleading once an Answer has been filed to an original complaint, a party may amend the complaint only by leave of Court, or by written consent of the adverse party "and leave shall be freely given when justice so requires." In *Foman v. Davis,* 371 U.S. 178, 182 (1962), the United States Supreme Court commented on

404321

Rule 15(a) characterizing Rule 15's command that leave to amend be freely given "as a mandate" that was "to be heeded." *Id.* Plaintiff's Motion to Amend is brought early in this litigation, in good faith, and with no dilatory motives. Allowing it will not prejudice the defendants which have been fully informed about the additional claims plaintiff seeks to bring since its counsel submitted a detailed position statement in response to the claims when they were raised before the Massachusetts Commission Against Discrimination. Litigating the plaintiff's claims at one time in one forum will be the most efficient use of judicial resources.

  WHEREFORE, the Court should grant the leave to amend.

               THE PLAINTIFF
               MARK A. RICHARDS


               By */s/ John C. Sikorski*
               John C. Sikorski, Esq., of
               Robinson Donovan, P.C.
               1500 Main Street, Suite 1600
               Springfield, Massachusetts 01115
               Phone (413) 732-2301  Fax (413) 785-4658
               BBO No.:  461970