UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MATTOCKS,<br><br>               Plaintiff,<br><br>vs.<br><br>RIVER VALLEY COUNSELING CENTER, INC., VALLEY HEATLH SYSTEMS, INC., DAVID G. MATTOCKS AND DONNA VIENS<br>               Defendants. | CIVIL ACTION NO. 05-30061-MAP |

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Marylou Fabbo, Esq., and herewith notices its appearance as counsel for Defendant, DAVID G. MATTOCKS, in the above-referenced action. Bulkley, Richardson and Gelinas, which has been representing Defendant Mattocks, will be separately filing its Withdrawal.

                                                            Respectfully submitted,

                                                            /s/ Marylou Fabbo, Esq.
                                                            _____
                                                            Marylou Fabbo, Esq.
                                                             BBO No. 566613
                                                           Counsel for Defendant
                                                           Skoler, Abbott & Presser, P.C.
                                                           One Monarch Place, Suite 2000
                                                          Springfield, Massachusetts  01144
Dated:  December 5, 2005                   Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance* was served upon all other parties of record, by electronic filing, on December 5, 2005.

/s/ Marylou Fabbo, Esq.

_____

Marylou Fabbo, Esq.