UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARK A. RICHARDS, | ) | Civil Action No. 05-30061-MAP |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | WITHDRAWAL OF |
| RIVER VALLEY COUNSELING | ) | APPEARANCE |
| CENTER, INC., VALLEY HEALTH | ) | |
| SYSTEMS, INC., DAVID G. MATTOCKS | ) | |
| AND DONNA VIENS, | ) | |
|     Defendants | ) | |

Please withdraw my appearance as attorney for the Defendants, David G. Mattocks, River Valley Counseling Center, Inc., Valley Health Systems, Inc., and Donna Viens, in the above-entitled case. Marylou Fabbo, Esquire has filed a Notice of Appearance and will represent the Defendant, David G. Mattocks. Francis D. Dibble, Jr., Esquire and Mary J. Kennedy, Esquire will continue to represent the Defendants, River Valley Counseling Center, Inc., Valley Health Systems, Inc., and Donna Viens.

Dated: December 6, 2005

/s/ Katherine A. Robertson
_____
Katherine A. Robertson
BBO No. 557609
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
P. O. Box 15507
Springfield, MA 01115-5507
Tel: (413) 272-6251
Fax: (413) 272-6804

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party, by electronic filing, on December 6, 2005.

/s/ Katherine A. Robertson
_____
Katherine A. Robertson