UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARK A. RICHARDS, | ) | Civil Action No. 05-30061-MAP |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | WITHDRAWAL OF |
| RIVER VALLEY COUNSELING | ) | APPEARANCE |
| CENTER, INC., VALLEY HEALTH | ) | |
| SYSTEMS, INC., DAVID G. MATTOCKS | ) | |
| AND DONNA VIENS, | ) | |
| Defendants | ) | |

Please withdraw my appearance as attorney for the Defendant, David G. Mattocks, in the

above-entitled case.  Marylou Fabbo, Esquire has filed a Notice of Appearance and will represent

the Defendant, David G. Mattocks.  I continue to represent the Defendants, River Valley

Counseling Center, Inc., Valley Health Systems, Inc., and Donna Viens.


/s/ Mary J. Kennedy

Dated:  December 6, 2005

_____

Mary J. Kennedy
BBO No. 552345
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
P. O. Box 15507
Springfield, MA 01115-5507
Tel:  (413) 272-6242
Fax:  (413) 272-6803


Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of
record for each party, by electronic filing, on December 6, 2005.


/s/ Mary J. Kennedy

_____

Mary J. Kennedy