UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK A. RICHARDS,       )<br>    Plaintiff       )<br>       )<br>vs.       )<br>       )<br>RIVER VALLEY COUNSELING       )<br>CENTER, INC., VALLEY HEALTH       )<br>SYSTEMS, INC., DAVID G. MATTOCKS )<br>AND DONNA VIENS,       )<br>    Defendants       ) | Civil Action No. 05-30061-MAP<br><br>WITHDRAWAL OF<br>APPEARANCE |

      Please withdraw my appearance as attorney for the Defendant, David G. Mattocks, in the above-entitled case. Marylou Fabbo, Esquire has filed a Notice of Appearance and will represent the Defendant, David G. Mattocks. I continue to represent the Defendants, River Valley Counseling Center, Inc., Valley Health Systems, Inc., and Donna Viens.

Dated: December 6, 2005

/s/ Francis D. Dibble, Jr.
_____
Francis D. Dibble, Jr.
BBO No. 123220
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
P. O. Box 15507
Springfield, MA 01115-5507
Tel: (413) 272-6246
Fax: (413) 272-6804

<u>Certificate of Service</u>

      I hereby certify that a true copy of the above document was served upon the attorney of record for each party, by electronic filing, on December 6, 2005.

/s/ Francis D. Dibble, Jr.
_____
Francis D. Dibble, Jr.