UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MATTOCKS,<br><br>           Plaintiff,<br><br>vs.<br><br>RIVER VALLEY COUNSELING CENTER, INC., VALLEY HEATLH SYSTEMS, INC., DAVID G. MATTOCKS AND DONNA VIENS<br>           Defendants. | CIVIL ACTION NO. 05-30061-MAP |

### DEFENDANT DAVID G. MATTOCK'S ASSENTED TO MOTION FOR A 6-WEEK EXTENSION OF ALL DEADLINES

The Defendant, David G. Mattocks, hereby requests that the Court extend all deadlines in this matter by six (6) weeks. The Defendant makes this request for the following reasons:

1. The Defendant, David G. Mattocks, was represented in this matter by Attorney Mary Jo Kennedy, Bulkley, Richardson and Gelinas ("BRG"). Due to a potential conflict of interest with other defendants, which potential conflict has recently arisen, BRG withdrew from representation, and the undersigned, Marylou Fabbo, Skoler, Abbott & Presser, P.C. ("SAP") has appeared on behalf of Mr. Mattocks.

2. The file was recently transferred to SAP, and Attorney Fabbo is in the process of reviewing the factual background of this case and the discovery that has been completed thus far to determine what

additional discovery needs to be completed. She will need time to make this determination and complete the discovery, which may include the taking of depositions.

3. There are at least 3 depositions currently scheduled for December, 2005. The Plaintiff's deposition is scheduled for December 27, 2005, which is a date upon which Attorney Fabbo cannot attend.

4. Defendant Mattocks' deposition date has not yet been scheduled, but upon information and belief, Plaintiff wishes to depose him.

5. Pursuant to the Court's July 20, 2005 Scheduling Order all non-expert depositions must be completed by December 30, 2005, Plaintiff's Expert disclosure is due January 31, 2006, Defendants' Expert disclosure is due February 28, 2006, and expert depositions must be completed by March 31, 2006.

6. Defendant Mattocks requests that the current deadlines listed in the prior paragraph all be extended by six (6) weeks to allow his new counsel time to prepare his defense in this matter and engage in appropriate discovery and engage experts, if needed.

7. Defendant does not request a continuance of the Status Conference scheduled to take place on January 6, 2006.

8. Counsel for Co-Defendants and Plaintiff has been consulted with respect to this Request and has no objection hereto.

Respectfully submitted,

/s/ Marylou Fabbo, Esq.
_____
Marylou Fabbo, Esq.
BBO No. 566613
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144

Dated:  December 6, 2005     Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Assented to Motion for Extension of Deadlines* was served upon all other parties of record, by electronic filing, on December 6, 2005.

/s/ Marylou Fabbo, Esq.
_____
Marylou Fabbo, Esq.