UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK A. RICHARDS,<br>   Plaintiff<br><br>v.<br><br>RIVER VALLEY COUNSELING<br>CENTER, INC., VALLEY HEALTH<br>SYSTEMS, INC., DAVID G.<br>MATTOCKS and DONNA VIENS,<br>   Defendants | Civil Action No. 05-30061-MAP |

REVISED SCHEDULING ORDER
December 7, 2005

NEIMAN, U.S.M.J.

  The court hereby ALLOWS Defendant David G. Mattocks' assented-to-motion for an extension (Document No. 35) and amends the schedule as follows:

  1. Non-expert depositions shall be completed by February 10, 2006.

  2. Counsel shall appear for a case management conference on February 15, 2006, at 11: 30 a.m. in Courtroom Three. The January 6, 2006 conference is hereby cancelled.

  3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by March 8, 2006.

  4. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by April 11, 2006.

  5. All expert depositions shall be completed by May 12, 2006.

IT IS SO ORDERED.

DATED: December 7, 2005

                                                     /s/ Kenneth P. Neiman  
                                                     KENNETH P. NEIMAN  
                                                     U.S. Magistrate Judge

Case 3:05-cv-30061-MAP   Document 36   Filed 12/07/2005   Page 2 of 2