UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARK A. RICHARDS,

             Plaintiff,

vs.

RIVER VALLEY COUNSELING
CENTER, INC., VALLEY HEATLH
SYSTEMS, INC., DAVID G. MATTOCKS
AND DONNA VIENS
             Defendants.

CIVIL ACTION NO. 05-30061-MAP

## NOTICE OF APPEARANCE

      NOW COMES Skoler, Abbott & Presser, P.C., by Timothy F. Murphy, Esq., and

herewith notices its appearance as counsel for Defendant, DAVID G. MATTOCKS, in

the above-referenced action.

             Respectfully submitted,

             /s/ Timothy F. Murphy, Esq.

             _____
             Timothy F. Murphy, Esq.
             BBO No. 556429
             Counsel for Defendant
             Skoler, Abbott & Presser, P.C.
             One Monarch Place, Suite 2000
             Springfield, Massachusetts  01144
Dated:  January 18, 2006        Tel.: (413) 737-4753/Fax: (413) 787-1941

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance* was served upon all other parties of record, by electronic filing, on January 18, 2006.

/s/ <u>Timothy F. Murphy, Esq.</u>
Timothy F. Murphy, Esq.
