UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30061-MAP

| | |
|---|---|
| MARK A. RICHARDS,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| RIVER VALLEY COUNSELING CENTER, INC.,<br>VALLEY HEALTH SYSTEMS, INC.,<br>DAVID G. MATTOCKS AND DONNA VIENS,<br>    Defendants | )<br>)<br>)<br>) |

**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

NOW COME the parties and hereby move this Court to continue the Case Management Conference now scheduled for February 15, 2006. As reasons for this motion, the parties state that, due to the trial schedules of counsel and defendant, David G. Mattocks', health problems, they have encountered difficulty in scheduling the depositions of all parties in this matter. The parties state that, to date, they have conducted the depositions of the defendants, Donna Viens and Valley Health Systems. Currently, the parties have scheduled the depositions of the plaintiff, Mark Richards, as well as the defendant, River Valley Counseling Center, and several of its employees. The parties state that they are actively working on scheduling the depositions of David Mattocks and David Avakian, and wish to be afforded the opportunity to complete the remaining depositions prior to the Case Management Conference.

For these reasons, the parties respectfully move this Court to continue the Case Management Conference for approximately thirty (30) days, to a date and time convenient for the Court.

418268

THE PLAINTIFF
MARK A. RICHARDS

By  /s/ John C. Sikorski
John C. Sikorski, Esq.
Robinson Donovan, P.C.
1500 Main Street - Suite 1600
Springfield, MA 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO # 461970
jsikorski@robinson-donovan.com

THE DEFENDANT
DAVID G. MATTOCKS

By  /s/ Marylou Fabbo
Marylou Fabbo, Esq. (BBO # 566613)
Timothy F. Murphy, Esq. (BBO # 556429)
Skoler, Abbot, & Presser, PC
One Monarch Place, Suite 2000
Springfield, MA 01144
Phone (413) 737-4753  Fax (413) 787-1941
Mfabbo@skoler-abbott.com

THE DEFENDANTS
RIVER VALLEY COUNSELING CENTER, INC., VALLEY HEALTH SYSTEMS, AND DONNA VIENS

By  /s/ Mary J. Kennedy
Francis D. Dibble, Jr. (BBO # 123220)
Mary J. Kennedy (BBO # 552345)
Bulkley, Richardson & Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Phone (413) 272-6242  Fax (413) 272-6803
mkennedy@bulkley.com

## CERTIFICATE OF SERVICE

I, John C. Sikorski, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 20, 2006.

Subscribed under the penalties of perjury.

/s/ John C. Sikorski

418268