UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK A. RICHARDS,          )
          Plaintiff     )
                       )
       v.               )     Civil Action No.  05-30061-MAP
                       )
                       )
RIVER VALLEY COUNSELING   )
CENTER, INC., VALLEY HEALTH   )
SYSTEMS, INC., DAVID G.       )
MATTOCKS and DONNA VIENS,   )
         Defendants  )

FURTHER SCHEDULING ORDER
March 17, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference

this day:

    1.    All motions to compel, if any, shall be filed by March 31, 2006, with

oppositions thereto to be filed by April 14, 2006.

    2.    Defendants shall file their dispositive motions by May 12, 2006, or inform

the court in writing by that date that no such motions will be filed.

    3.    Plaintiff's opposition to the motions for summary judgment shall be filed by

May 31, 2006, to which a reply may be filed by June 9, 2006.

IT IS SO ORDERED.

                                  /s/ Kenneth P. Neiman
                                KENNETH P. NEIMAN
                                U.S. Magistrate Judge