UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30061-MAP

| | |
|---|---|
| MARK A. RICHARDS,<br>　　　　Plaintiff<br><br>vs.<br><br>RIVER VALLEY COUNSELING<br>CENTER, INC., VALLEY HEALTH<br>SYSTEMS, INC., DAVID G.<br>MATTOCKS AND DONNA VIENS,<br>　　　　Defendants | STIPULATION OF DISMISSAL WITH<br>PREJUDICE AS TO PORTIONS OF<br>COUNTS II AND III |

The plaintiff, Mark A. Richards ("Plaintiff"), and the Defendants, River Valley Counseling Center, Inc., Valley Health Systems, Inc., David G. Mattocks, and Donna Viens ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(ii), hereby stipulate that the disability discrimination claims based on Plaintiff's disability and based on Plaintiff being regarded as disabled under the Americans With Disabilities Act (Count II) and under Chapter 151B (Count III), against all Defendants, be dismissed, with prejudice.

Plaintiff's claims of disability based on an association with a person with a disability, to wit, his daughter, under the Americans With Disabilities Act (Count II) and under Chapter 151B (Count III), against all Defendants, remain.

Dated:　May 4, 2006

| | |
|---|---|
| The Plaintiff<br>MARK A. RICHARDS<br>By His Attorney: | The Defendants<br>RIVER VALLEY COUNSELING<br>CENTER, INC., VALLEY HEALTH<br>SYSTEMS, INC., AND DONNA VIENS<br>By Their Attorney: |
| /s/ John C. Sikorski<br>John C. Sikorski (BBO No. 461970)<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, MA  01115<br>Tel:  (413) 732-2301<br>Fax:  (413) 785-4658 | /s/ Mary J. Kennedy<br>Francis D. Dibble, Jr. (BBO No. 123220)<br>Mary J. Kennedy (BBO No. 552345)<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, MA 01115<br>Tel:  (413) 272-6242;  Fax:  (413) 272-6803 |

The Defendant
DAVID G. MATTOCKS
By His Attorney

/s/ Marylou Fabbo
_____
Marylou Fabbo, Esq. (BBO No. 566613)
Skoler, Abbott & Presser, P.C.
One Monarch Place
Springfield, MA 01144
Tel:  413-737-4753
Fax:  413-787-1941

<u>Certificate of Service</u>

I hereby certify that a true copy of the above document was served upon the attorney of record for each party, by electronic filing, on May 4, 2006.

/s/ Mary J. Kennedy
Mary J. Kennedy

2