UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK RICHARDS,<br><br>        Plaintiff,<br><br>vs.<br><br>RIVER VALLEY COUNSELING CENTER, INC., VALLEY HEALTH SYSTEMS, INC., DAVID G. MATTOCKS, and DONNA VIENS,<br><br>        Defendants. | CIVIL ACTION NO. 05-30061-MAP |

## **MOTION TO ALLOW MEMORANDUM IN EXCESS OF TWENTY PAGES**

Defendant David G. Mattocks requests that the Court grant him permission to file a Memorandum in Support of its Motion for Summary Judgment that exceeds 20 pages. The memorandum is 25 pages. The Memorandum is in support of a Motion to grant summary judgment on a six-count Complaint that alleges wrongful discharge due to discrimination for associating with a disabled person, age discrimination and FMLA retaliation. Due to the numerous alternate arguments, Defendant wishes to present, the Memorandum is expected to be in excess of 20 pages.

                                        Respectfully submitted,

                                        /s/ Marylou Fabbo_____
                                        Marylou Fabbo, Esq.
                                        BBO No. 566613
                                        Counsel for Defendant
                                        Skoler, Abbott & Presser, P.C.
                                        One Monarch Place, Suite 2000
                                        Springfield, Massachusetts  01144
Dated:  May 11, 2006                Tel. (413) 737-4753

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Motion To Allow Memorandum In Excess Of Twenty Pages* was served upon the attorney of record for each other party by electronic filing on May 11, 2006.

                                          /s/ Marylou Fabbo_____
                                        Marylou Fabbo, Esq.