UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK RICHARDS,<br><br>                              Plaintiff,<br><br>vs.<br><br>RIVER VALLEY COUNSELING CENTER, INC., VALLEY HEALTH SYSTEMS, INC., DAVID G. MATTOCKS, and DONNA VIENS,<br><br>                              Defendants. | CIVIL ACTION NO. 05-30061-MAP |

**<u>DEFENDANT MATTOCKS' MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Fed. R. Civ. P. 56, Defendant David G. Mattocks ("Mattocks") hereby requests that the Court grant him Summary Judgment on all counts in the above-captioned action. For the reasons fully set forth in its Memorandum of Law submitted herewith, Mattocks is entitled to Summary Judgment, as there is no genuine issue of material fact for trial, and, as a matter of law, it is entitled to judgment in his favor.

                                                                           Respectfully submitted,

                                                                           /s/ Marylou Fabbo_____
                                                                           Marylou Fabbo, Esq.
                                                                           BBO No. 566613
                                                                           Counsel for Defendant Mattocks
                                                                           Skoler, Abbott & Presser, P.C.
                                                                           One Monarch Place, Suite 2000
                                                                           Springfield, Massachusetts  01144
Dated:  May 12, 2006                                       Tel.: (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Motion for Summary Judgment* was served upon the attorney of record for each other party by electronic filing on May 12, 2006.

                                            /s/ Marylou Fabbo
                                            Marylou Fabbo, Esq.