UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30061-MAP

MARK A. RICHARDS,                              )
    Plaintiff                                 )
                                               )
vs.                                            )
                                               )
RIVER VALLEY COUNSELING CENTER, INC., )
VALLEY HEALTH SYSTEMS, INC.,                   )
DAVID G. MATTOCKS AND DONNA VIENS,    )
    Defendants                                )

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT

NOW COMES the plaintiff, Mark A. Richards, and moves for an extension of time for one week, until June 7, 2006, to respond to the Motions for Summary Judgment filed by the individual defendant, David Mattocks, and the remaining defendants. In support thereof, the plaintiff states that on May 12, 2006 the plaintiff received a 24-page Memorandum of Law and a 12-page Local Rule 56.1 Statement from the defendant Mattocks and a 20-page Memorandum of Law and a 13-page Local Rule 56.1 Statement from the remaining defendants. When the dates for filing briefs were originally set by the Court, the plaintiff erroneously assumed that the defendants would only be filing one dispositive motion.

The plaintiff respectfully requests one additional week's time, until June 7, 2006, to file his Oppositions. The defendants should then have an additional week's time, until June 16, 2006, to file their Replies to plaintiff's Opposition.

451893

Defendants' counsel have graciously assented to this Motion.

        THE PLAINTIFF
        MARK A. RICHARDS

        By      */s/ John C. Sikorski*
        John C. Sikorski, Esq., of
        Robinson Donovan, P.C.
        1500 Main Street, Suite 1600
        Springfield, Massachusetts 01115
        Phone (413) 732-2301  Fax (413) 785-4658
        BBO No.: 461970
        jsikorski@robinson-donovan.com

## CERTIFICATE OF SERVICE

I, John C. Sikorski, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 30, 2006.

Subscribed under the penalties of perjury.

        */s/ John C. Sikorski*
        John C. Sikorski, Esq.

451893