UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30061-MAP

| | |
|---|---|
| MARK A. RICHARDS, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| RIVER VALLEY COUNSELING CENTER, INC., | ) |
| VALLEY HEALTH SYSTEMS, INC., | ) |
| DAVID G. MATTOCKS AND DONNA VIENS, | ) |
|     Defendants | ) |

## PLAINTIFF, MARK A. RICHARDS', EMERGENCY MOTION TO SUBMIT DOCUMENTS UNDER SEAL

NOW COMES the Plaintiff, Mark A. Richards, and moves this Honorable Court for an Order allowing him to submit four documents, as Exhibits to Plaintiff's Opposition to Motion for Summary Judgment, which will be filed later today, under permanent seal. This Motion is made in accordance with Judge Neiman's Order, granting Joint Motion for Protective Order, dated November 2, 2005. In further support of this Motion, the Plaintiff states as follows:

The Plaintiff intends to include confidential portions of his deposition transcript, as well as confidential portions of Defendant, David Mattocks' deposition transcript, as exhibits to Plaintiff's Motion for Summary Judgment. These Confidential portions include information concerning the Defendant, David Mattocks', health condition and professional qualifications, as well as information concerning the health condition of the Plaintiff's daughter. During each of the depositions, it was agreed that these subjects would be marked Confidential, and be contained in a separate portion of the deposition transcript.

452635

In addition, the Plaintiff intends to include a copy of his application for FMLA leave, as well as an Affidavit of Plaintiff's Counsel, with supporting documents, as Exhibits to his Opposition to Motion for Summary Judgment.  The Plaintiff states that his FMLA application contains information concerning the health condition of his young daughter, and the Affidavit of Plaintiff's counsel discusses matters relating to the education and health conditions of Defendant, David Mattocks.

The Plaintiff states that the aforementioned documents are relevant to, and a necessary part of, his Motion, but would like to protect the privacy of the Defendant, David Mattocks, as well as the privacy of his daughter, by submitting them under permanent seal.

WHEREFORE, for the foregoing reasons, the Plaintiff, Mark A. Richards, respectfully requests that this Motion be allowed.

THE PLAINTIFF
MARK A. RICHARDS

By/s/ John C. Sikorski
John C. Sikorski, Esq., of
Robinson Donovan, P.C.
1500 Main Street,  Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  461970
jsikorski@robinson-donovan.com

CERTIFICATE OF SERVICE

I, John C. Sikorski, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2006.

Subscribed under the penalties of perjury.

/s/ John C. Sikorski
John C. Sikorski, Esq.

452635