UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30061-MAP

MARK A. RICHARDS,                                )
    Plaintiff                                        )
                                                     )
vs.                                              )
                                                     )
RIVER VALLEY COUNSELING CENTER, INC., )
VALLEY HEALTH SYSTEMS, INC.,                     )
DAVID G. MATTOCKS AND DONNA VIENS,   )
    Defendants                                       )

### PLAINTIFF, MARK A. RICHARDS', MOTION FOR LEAVE TO FILE AN OPPOSITION IN EXCESS OF 20 PAGES TO THE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

NOW COMES the plaintiff, Mark A. Richards, and hereby moves this Court for Leave to File a Brief in Excess of 20 Pages in Opposition to the Motions for Summary Judgment filed by the individual defendant, David Mattocks, and the remaining defendants.  As reasons for this motion, the plaintiff states that he received, and must respond to, both a 24-page Memorandum of Law and a 12-page Local Rule 56.1 Statement from the defendant, Mattocks, as well as a 20-page Memorandum of Law and a 13-page Local Rule 56.1 Statement from the remaining defendants.

Because of the complexity of the material and the voluminous arguments to which the plaintiff must respond, the plaintiff respectfully moves this Court for leave to file an opposition brief in excess of 20 pages.

THE PLAINTIFF
MARK A. RICHARDS


By*/s/ John C. Sikorski*

452658

John C. Sikorski, Esq., of
Robinson Donovan, P.C.
1500 Main Street,  Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  461970
jsikorski@robinson-donovan.com

*CERTIFICATE OF SERVICE*

I, John C. Sikorski, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2006.

Subscribed under the penalties of perjury.

*/s/ John C. Sikorski*
John C. Sikorski, Esq.

452658