

**ROBINSON**

**DONOVAN**

ATTORNEYS AT LAW



John C. Sikorski, Esq.

Direct Dial: **(413) 747-9420 ext. 102**
jsikorski@robinson-donovan.com

June 8, 2006

SCANNED

<u>BY HAND</u>
Civil Clerk's Office
United States District Court for the
    District of Massachusetts – Western Division
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

    RE:    Mark A. Richards v. River Valley Counseling Center, Inc.,
           Valley Health Systems, Inc., David G. Mattocks and Donna Viens
           U.S. District Court C.A. No. 05-30061-MAP

Dear Sir/Madam:

    On June 7, 2006, I electronically filed the *Plaintiff's Opposition to Motion for Summary Judgment of All Defendants* in the above-captioned matter. In addition, I filed a *Motion to Submit Documents Under Seal*, which was allowed by the Court on June 7, 2006. I enclose the following sealed documents referenced in said Motion:

    1.    Confidential Portions of Plaintiff's Opposition to Motions for Summary Judgment of All Defendants;

    2.    Confidential Affidavit of John C. Sikorski, Esq. in Opposition to Motion for Summary Judgment referenced therein;

    3.    Exhibit 1C – Confidential Portions of Mark A. Richards Deposition Transcript;

    4.    Exhibit 3A – Confidential Portions of David G. Mattocks Deposition Transcript; and

    5.    Exhibit 8A – LOA – Form 1: Request for Leave(s) of Absence.

452729

June 8, 2006
Page 2

Thank you for your assistance in this matter.  Should you have any questions, please do not hesitate to call.

Very truly yours,

John C. Sikorski

JCS/kef
Enclosures
cc:  Mary Jo Kennedy, Esq. (By Hand, with encl.)
     Marylou Fabbo, Esq. (By Hand, with encl.)

452729