UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30061-MAP

MARK A. RICHARDS, )
    Plaintiff )
   )
vs. )
   )
RIVER VALLEY COUNSELING CENTER, INC., )
VALLEY HEALTH SYSTEMS, INC., )
DAVID G. MATTOCKS and DONNA VIENS, )
    Defendants )

**PLAINTIFF'S ASSENTED TO MOTION TO POSTPONE HEARING
ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff respectfully requests that this Court continue the hearing on Defendants' Motions for Summary Judgment currently scheduled for Friday, October 27, 2006 at 3:00 p.m. This is a case involving a father seeking to take intermittent family leave under the Family Medical Leave Act to spend more time with his daughter. The undersigned counsel respectfully requests this continuance due to commitments at his daughter's school that will last the entire day. The plaintiff's counsel is available at any other time except for the week of November 6-10, 2006, at which time he is scheduled to try the case of *Hawk v. Land Air Express of New England, Ltd.*, Civil Action No.: 1:05-CV-283, in the United States District Court for the District of New Hampshire before the Honorable Joseph A. DiCleico, Jr. A jury was selected in that case on Tuesday, October 17, 2006.

Defense counsel has graciously assented to this request.

                                    THE PLAINTIFF
                                    MARK A. RICHARDS

                                    By  */s/ John C. Sikorski*
                                    John C. Sikorski, Esq., of
                                    Robinson Donovan, P.C.
                                    1500 Main Street, Suite 1600
                                    Springfield, Massachusetts 01115
                                    Phone (413) 732-2301  Fax (413) 785-4658
                                    BBO No.: 461970
                                    jsikorski@robinson-donovan.com

462400

| | |
|---|---|
| ASSENTED TO:<br>THE DEFENDANT<br>DAVID G. MATTOCKS<br><br><br>By____*/s/ Marylou Varao Fabbo*_____<br>Marylou Varao Fabbo, Esq., of<br>Skoler Abbott & Presser<br>One Monarch Place<br>1414 Main Street<br>Springfield, MA  01144<br>Phone (413) 737-4753  Fax (413) 787-1941<br>BBO No.:  566613 | ASSENTED TO:<br>RIVER VALLEY COUNSELING CENTER, INC., VALLEY HEALTH SYSTEMS, INC. and DONNA VIENS<br><br>By____*/s/ Mary J. Kennedy*_____<br>Mary J. Kennedy, Esq., of<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street<br>P.O. Box 15507<br>Springfield, MA  01115<br>Phone (413) 781-2820  Fax (413) 785-5060<br>BBO No.: 5552345 |

CERTIFICATE OF SERVICE

I, John C. Sikorski, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 24, 2006.

Subscribed under the penalties of perjury.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ John C. Sikorski*_____
　　　　　　　　　　　　　　　　　　　　　　　John C. Sikorski, Esq.

462400