```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

MARK A. RICHARDS,             )
       Plaintiff      )
                      )
    v.                        )  C.A. NO. 05-30061-MAP
                      )
RIVER VALLEY COUNSELING       )
CENTER, INC., ET AL,          )
       Defendants     )

PRETRIAL SCHEDULING ORDER

November 27, 2006

PONSOR, D.J.

The court has this day allowed Defendants' Motions for Summary Judgment, in part, and denied their Motions to Strike. Based on counsel's representations, the court orders as follows:

    1. Counsel will file final pretrial memoranda in accordance with the attached order no later than December 18, 2006. <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal.

    2. Trial in this matter will commence on March 19, 2007 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a brief conference prior to commencement of jury selection. The trial will proceed thereafter from 9:00 a.m. to 1:00 p.m.

    3. Proposed <u>voir dire</u> questions, proposed jury instructions and motions <u>in limine</u> will be filed no later than March 12, 2007.

    It is So Ordered.

                         /s/ Michael A. Ponsor
                         MICHAEL A. PONSOR
                         United States District Judge