UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No.  05-30061-MAP

| | |
|---|---|
| MARK A. RICHARDS, ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | STIPULATION OF DISMISSAL |
| RIVER VALLEY COUNSELING ) | WITH PREJUDICE |
| CENTER, INC., VALLEY HEALTH ) | |
| SYSTEMS, INC., DAVID G. ) | |
| MATTOCKS AND DONNA VIENS, ) | |
|     Defendants ) | |

    The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed, with prejudice and without costs.

Dated:   February 26, 2007

| The Plaintiff | The Defendants |
|---|---|
| MARK A. RICHARDS | RIVER VALLEY COUNSELING |
| By His Attorney: | CENTER, INC., VALLEY HEALTH |
| | SYSTEMS, INC., AND DONNA VIENS |
| | By Their Attorney: |
| | |
|   /s/ John C. Sikorski | /s/ Mary J. Kennedy |
| John C. Sikorski (BBO No. 461970) | Francis D. Dibble, Jr. (BBO No. 123220) |
| Robinson Donovan, P.C. | Mary J. Kennedy (BBO No. 552345) |
| 1500 Main Street, Suite 1600 | Bulkley, Richardson and Gelinas, LLP |
| Springfield, MA  01115 | 1500 Main Street, Suite 2700 |
| Tel:  (413) 732-2301 | Springfield, MA 01115 |
| Fax:  (413) 785-4658 | Tel:  (413) 272-6242 |
| | Fax:  (413) 272-6803 |

The Defendant
DAVID G. MATTOCKS
By His Attorney

/s/ Marylou Fabbo

--------------------------------
Marylou Fabbo, Esq. (BBO No. 566613)
Skoler, Abbott & Presser, P.C.
One Monarch Place
Springfield, MA 01144
Tel:  413-737-4753
Fax:  413-787-1941

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party, by electronic filing, on February 26, 2007.

/s/ Mary J. Kennedy
Mary J. Kennedy